1  Rosemary M. Rivas (SBN 209147)
   rrivas@zlk.com
2  **LEVI & KORSINSKY LLP**
   44 Montgomery Street, Suite 650
3  San Francisco, CA 94104
   Telephone: (415) 291-2420
4  Facsimile: (415) 484-1294

5  *Attorneys for Plaintiff*

6  [Additional Counsel on signature page.]

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD E. MARSHALL, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-02334-WHO |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| EXAR CORPORATION, RYAN A. BENTON, GARY MEYERS, BEHROOZ ABDI, IZAK BENCUYA, PIERRE G. GUILBAULT, BRIAN HILTON, and JEFFREY JACOBOWITZ, | Judge: Hon. William H. Orrick |
| | Complaint Filed: April 25, 2017 |
| Defendants. | |

Richard E. Marshall ("Plaintiff") files this voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) seeking dismissal of this action. Rule 41 allows a plaintiff to voluntarily dismiss an action without court order, subject to Rule 23(e) and any applicable federal statute, by notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Voluntary dismissal without a Court order is appropriate here because there is not a certified class under Rule 23, and Defendants have not filed an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 23(e) ("The claims, issues, or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the court's approval.").

On April 25, 2017, Plaintiff filed a putative class action lawsuit in the United States

1 District Court for the Northern District of California captioned *Marshall v. Exar Corp.*, Case No. 3:17-cv-02334 (the "Marshall Action"). Plaintiff's complaint arose from the announced sale of Exar Corporation ("Exar" or the "Company") to MaxLinear, Inc. ("MaxLinear"), and challenged the adequacy of the disclosures made in the Solicitation/Recommendation Statement the Company caused to be filed with United States Securities and Exchange Commission ("SEC") on April 13, 2017 ("Solicitation Statement"). Specifically, Plaintiff alleged that defendants Exar, Gary Meyers, Ryan A. Benton, Behrooz Abdi, Izak Bencuya, Pierre G. Guilbault, Brian Hilton, and Jeffrey Jacobowitz (collectively, "Defendants") violated Sections 14(e), 14(d), and 20(a) of the Securities and Exchange Act of 1934 in connection with the Solicitation Statement.

As a result of negotiations between the parties to the Marshall Action and a related action captioned *The Vladimir Gusinsky Rev. Trust v. Exar Corp.*, Case No. 3:17-cv-2150, that was filed on April 18, 2017, in the United States District Court for the Northern District of California (the "Related Action," and together with the Marshall Action, the "Actions"), on May 3, 2017, the parties to the Actions agreed on supplemental disclosures related to the transaction between Exar and MaxLinear (the "Supplemental Disclosures"), which would address and moot the claims in the Actions regarding the disclosures in the Solicitation Statement. Defendants filed the Supplemental Disclosures with the SEC on May 3, 2017.

The tender offer closed on May 11, 2017, and the Company later announced that the transaction closed.

The parties anticipate that Plaintiff will seek an award of attorneys' fees, for the benefit conferred on Exar's stockholders through the Supplemental Disclosures, in the Related Action in accordance with the stipulation filed in that action on June 12, 2017.

NOW, THEREFORE, Plaintiff states as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Action;

2. The Action shall be dismissed with prejudice as to Plaintiff; and

3. The Action shall be dismissed without prejudice as to all other persons.

Respectfully submitted this 12th day of June, 2017.

**OF COUNSEL:**

**LEVI & KORSINSKY LLP**
Joseph E. Levi, Esq.
Michael H. Rosner, Esq.
Justin G. Sherman, Esq.
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

**LEVI & KORSINSKY LLP**

By: */s/ Rosemary M. Rivas*
Rosemary M. Rivas (SBN 209147)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

*Attorneys for Plaintiff*